[No. 12921-7-III.    Division Three.    December 14, 1994.]

*In the Matter of the Marriage of* MARY ELENA CANFIELD, *Respondent,* and DANIEL W. CANFIELD, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 91-3-00776-7, Robert N. Hackett, Jr., J., entered November 20, 1992. *Reversed* and *remanded* by unpublished opinion per Sweeney, J., concurred in by Thompson, C.J., and Munson, J.

[No. 13427-0-III.    Division Three.    December 14, 1994.]

THE STATE OF WASHINGTON, *on the Relation of Danielle N. O'Brien,* ET AL, *Respondents,* v. GREG COOPERRIDER, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 90-5-00120-0, Kenneth L. Jorgensen, J., entered June 18, 1993. *Affirmed in part* and *remanded* by unpublished opinion per Schultheis, J., concurred in by Thompson, C.J., and Munson, J. Now published at 76 Wn. App. 699.

[No. 33127-2-I.    Division One.    December 15, 1994.]

THE STATE OF WASHINGTON, *Respondent,* v. MARTIN B. HOWELL, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 92-1-00959-0, John F. Wilson and Paul D. Hansen, JJ., entered July 16, 1993. *Reversed* and *dismissed* by unpublished opinion per Webster, J., concurred in by Scholfield and Kennedy, JJ.